IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

REINALDO JAVIER RIVERA,          *
                                 *
          Petitioner,            *
                                 *
     v.                          *          CV 113-161
                                 *
CARL HUMPHREY, Warden,           *
Georgia Diagnostic and           *
Classification State Prison,     *
                                 *
          Respondent.            *

---

**O R D E R**

---

Two motions are currently before the Court: (1) Petitioner's motion for leave to file his motion for appointment of supplemental counsel under seal (doc. 72); and (2) Respondent's motion to extend (doc. 76).

Petitioner represents that its motion to appoint supplemental counsel contains factual allegations that could threaten certain individuals' privacy and jeopardize future police investigations. Accordingly, the Court **GRANTS** Petitioner's motion. The Clerk is **DIRECTED** to file Petitioner's motion to appoint supplemental counsel **UNDER SEAL**. All other documents relating to this motion should also be filed under seal. At the appropriate time, the parties are instructed to move the Court to unseal these documents.

Respondent seeks an extension of time to file a response to Petitioner's motion. Upon consideration, the Court **GRANTS** Respondent's motion. His response is due **September 26, 2016.**

**ORDER ENTERED** at Augusta, Georgia this 25th day of August, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA