**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| REINALDO JAVIER RIVERA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CV 113-161 |
| | * | |
| CARL HUMPHREY, Warden, | * | |
| Georgia Diagnostic and | * | |
| Classification State Prison, | * | |
| | * | |
| Respondent. | * | |

**O R D E R**

On August 9, 2016, Petitioner moved to amend his writ of habeas corpus. (Doc. 71.) That same day, Petitioner requested leave to file under a seal a motion to appoint supplemental counsel, which the Court granted. (Docs. 72, 77.) Currently, Respondent's response to Petitioner's motion to appoint supplemental counsel is due is September 26.

On August 26, the parties informed the Court that the Eleventh Circuit had issued its decision in <u>Wilson v. Warden</u>, and requested a status conference. Then, on August 30, Respondent asked the Court to reconsider its Order allowing Petitioner to file his motion under seal. (Doc. 80.)

In light of this, a telephone hearing is hereby scheduled for **Thursday, September 15 at 10:00 a.m.** Counsel for Respondent

is instructed to place the conference call. When all parties are on the line, Respondent's counsel shall call the Court at **706-823-6460**.

During this hearing, the Court will address the status of the case and the merits of Respondent's motion to reconsider. Accordingly, Respondent's deadline to respond to Petitioner's motion to appoint supplement counsel is **STAYED**. The Court will set a new deadline during the status conference.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA