AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REINALDO JAVIER RIVERA,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:13CV-161

SHAWN EMMONS, Warden of the Georgia
Diagnostic and Classification State Prison,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated September 13, 2024, Petitioner Reinaldo Javier Rivera's Amended 2254 Habeas Corpus Petition is denied. Rivera is denied Certificate of Appealability for any claims and his request for an Evidentiary Hearing is also denied. This case stands closed.



September 13, 2024  
Date

John E. Triplett, Acting Clerk  
Clerk

*James R. Burnell*  
(By) Deputy Clerk

GAS Rev 10/2020